**Order entered October 5, 2020**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

## No. 05-20-00051-CR

### FRANCISCO JAVIER ROSALES SANTAMARIA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-72122-U**

## ORDER

Appellant's brief was initially due on July 16, 2020. When it was not filed, we notified appellant by postcard dated July 20, 2020 and instructed him to file the brief and an extension motion by July 30, 2020. Appellant subsequently filed two extension motions, making the brief due on September 11, 2020. To date, no brief has been filed and we have had no further communication from appellant.

We **ORDER** the trial court to conduct a hearing to determine why appellant's brief has not been filed. In this regard, the trial court shall make

appropriate findings and recommendations and determine whether appellant desires to prosecute this appeal, whether appellant has abandoned the appeal, or whether appointed counsel has abandoned the appeal. *See* TEX. R. APP. P. 38.8(b). If the trial court cannot obtain appellant's presence at the hearing, the trial court shall conduct the hearing in appellant's absence. *See Meza v. State*, 742 S.W.2d 708 (Tex. App.–Corpus Christi 1987, no pet.) (per curiam). If appellant is indigent, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Stephanie Huff, Presiding Judge, 291st Judicial District Court; to J. Stephen Cooper; and to the Dallas County District Attorney's Office, Appellate Division.

This appeal is **ABATED** to allow the trial court to comply with the above order. The appeal shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE